IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAYS INNS WORLDWIDE, INC.

Plaintiff,

v.                                                          Case No. 23-cv-235 JPG

UMIYA MATAJI INVESTMENT INC.,
*et al.*,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**Dated:** **8/13/2024**                 **MONICA A. STUMP, Clerk of Court**

                                                         **s/ Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**